**INMATE REQUEST**

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

3108-2201-DD69

Mail Number: _____
Team Number: OX
Institution: FWRC

TO: (Check One) — ☐ Warden  ☐ Asst. Warden  ☐ Classification  ☐ Security  ☐ Medical  ☐ Mental Health  ☐ Dental  ☒ Other — DIRECTOR MR. A. DO

FROM:
Inmate Name: MARIA VEGA
DC Number: 16,34,47
Quarters: B2105
Job Assignment: 9TH HOUSEMAN
Date: 1-16-22

**REQUEST** Check here if this is an informal grievance ☒

I NEVER GAVE CONCENT TO MR JEKIN TO HAVE SEX AND HE TRYING OUT OF MINE DELVINS. HE KEPT UNTIL THIS DAY STILL TOUCHING ME. REMEDIES CHANGE HIM TO ANOTHER INSTITUTION MS ANSEMERE TOLD ME THAT I HAVE TO ABORT. PREGANAT TORT, A LAW SUIT.

2022 FEB 25 PM 1:31
CLERK US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS FLORIDA
RECEIVED

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

Inmate (Signature): MARIA VEGA
DC#: 16,34,47

— DO NOT WRITE BELOW THIS LINE —

**RESPONSE**  DATE RECEIVED: 011822

Your informal grievance has been received, reviewed, and evaluated with the following response being provided to you.

"Your PREA was forwarded to the Office of Inspector General. Since action was initiated, you may consider your grievance approved from this standpoint. However, this does not constitute substantiation of your allegation."

Based on the foregoing information, your grievance is **Approved.**

[The following pertains to informal grievances only:]
Based on the above information, your grievance is Approved. (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.

Official (Print Name): P.M. Rodgers  Assistant Warden
Official (Signature): [signed]
Date: 1-25-22

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 15 days, following receipt by staff.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later than 15 days after the grievance is responded to. If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

DC6-236 (Effective 11/18)

Incorporated by Reference in Rule 33-103.005, F.A.C.